IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 5: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELVIS PRESLEY ENTERPRISES, INC.,

   Plaintiff,

VS.                              NO. 02-2405-Ma

DENNIS ROBERTS,

   Defendant.

### ORDER TO SHOW CAUSE

The complaint in this matter was filed on May 22, 2002. Service of process has not been obtained upon the defendant.

Plaintiff is directed to show cause within ten (10) days of the entry of this order, why this matter should not be dismissed for failure to prosecute.

It is so ORDERED this 26th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-28-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:02-CV-02405 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

William R. Bradley
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT