IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 17 PM 3: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELVIS PRESLEY ENTERPRISES, INC.,

    Plaintiff,

VS.                                                NO. 02-2405-Ma

DENNIS ROBERTS,

    Defendant.

---

### ORDER DISMISSING CASE

---

There appears to have been no activity in this case since August 28, 2002. Therefore, on September 26, 2005, the court ordered plaintiff to show cause within ten (10) days why this case should not be dismissed for failure to prosecute. Plaintiff has not responded to the show cause order. This case is therefore DISMISSED for failure to prosecute.

It is so ORDERED this 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:02-CV-02405 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

William R. Bradley
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT