UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.

05 OCT 24 PM 5: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELVIS PRESLEY ENTERPRISES, INC.,

    Plaintiff,

v.                                              Cv. No. 02-2405-Ma

DENNIS ROBERTS,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure of plaintiff to prosecute, in accordance with the Order Dismissing case, docketed October 20, 2005.

**APPROVED:**

/s/ signature

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 24, 2005                                THOMAS M. GOULD
_____          _____
DATE                                    CLERK

                                                                               (By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___10-25-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:02-CV-02405 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

William R. Bradley
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT